395 A.2d 977

Commonwealth ex rel. Higgins, Appellant, v. Higgins.

Commonwealth ex rel. Higgins v. Higgins, Appellant.

Argued September 13, 1978. Arthur R. Littleton, for appellant at No. 784, and appellee at No. 828; Garland D. Cherry, for appellant at No. 828, and appellee at No. 784; No appearance entered nor brief submitted for Commonwealth, appellee, at No. 828.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed; petition for reargument denied December 1, 1978.